UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

UNITED STATES OF AMERICA

v.                                         Case Number: 2:14-cr-00264-1

DENNIS P. FARRELL

### O R D E R

At Charleston, on January 8, 2015, the defendant appeared in person for the purpose of an initial appearance and arraignment as previously scheduled by the Court. Philip H. Wright and Larry R. Ellis, Assistant United States Attorneys, were present for the United States, and Michael W. Carey, Esquire, was present for the defendant.  Also present was Matthew Lambert, United States Probation Officer.

The Court informed the defendant of the charges in the case, of the defendant's right to counsel, and of matters relating to conditions of release.  The Court further informed the defendant that he was not required to make a statement and that any statement made by the defendant may be used against him.

The defendant acknowledged that he has retained Mr. Carey and S. Benjamin Bryant, Esquire, as counsel in this matter.  The Court notes that both counsel filed a Notice of Appearance on December 18, 2014.

Immediately following the initial appearance, an arraignment was held and the Arraignment Order and Standard Discovery Requests was completed.

Based on the Pretrial Services Report and the government's position with respect to bond, the defendant was released on a ten thousand dollar unsecured Appearance Bond and an Order Setting Conditions of Release as outlined under a separate order.

The Clerk is directed to provide copies of this Order to the defendant, all counsel of record, the Probation Department, and the United States Marshals Service.

ENTER: January 9, 2015

Dwane L. Tinsley
United States Magistrate Judge