# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                            CRIMINAL ACTION NO. 2:14-cr-00264

WILLIAM E. TIS, and,
CHARLES E. HERZING,

        Defendants.

## ORDER

Pending before the Court is the unopposed motion of the United States to continue the sentencings currently scheduled in these matters for June 22, 2015.  For good cause shown, the Court **GRANTS** the motion [ECF 147] and **CONTINUES** the sentencing for Defendant William E. Tis to **December 2, 2015, at 2:00 p.m.**, and for Defendant Charles E. Herzing to **December 3, 2015, at 2:00 p.m**.  The dates regarding the presentence report are amended as follows for both defendants:

1. The Probation Office shall prepare and forward a draft presentence report to the United States and counsel for the Defendant no later than **October 21, 2015**;

2. The United States Attorney and counsel for the Defendant shall file objections to the draft presentence report no later than **November 4, 2015**;

3. The Probation Office shall submit a final presentence report to the Court no later than **November 18, 2015**; and

4. The United States Attorney and counsel for the Defendant may file a sentencing memorandum no later than **November 25, 2015**.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to the Defendant and counsel, the United States Attorney, the United States Probation Office, and the United States Marshal.

ENTER: April 7, 2015

THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE