```
         IN THE UNITED STATES DISTRICT COURT FOR THE
             SOUTHERN DISTRICT OF WEST VIRGINIA
                          CHARLESTON


UNITED STATES OF AMERICA


v.                                    CRIMINAL NO. 2:14-00264


GARY SOUTHERN
```

## MOTION OF THE UNITED STATES TO SCHEDULE GUILTY PLEA HEARING

Comes now the United States of America, by Philip H. Wright, Assistant United States Attorney for the Southern District of West Virginia, and respectfully requests the Court to set a date, time, and location for a guilty plea hearing to be held with regard to defendant Gary Southern.

```
                         Respectfully submitted,

                         R. BOOTH GOODWIN II
                         United States Attorney

                    By:
                         s/Philip H. Wright
                         PHILIP H. WRIGHT
                         Assistant United States Attorney
                         WV State Bar No. 7106
                         300 Virginia Street East
                         Room 4000
                         Charleston, WV  25301
                         Telephone:  304-345-2200
                         Fax:  304-347-5104
                         Email: philip.wright@usdoj.gov
```

CERTIFICATE OF SERVICE

It is hereby certified that the foregoing "Motion of the United States to Schedule Guilty Plea Hearing" has been electronically filed and service has been made on opposing counsel by virtue of such electronic filing this 22nd day of July, 2015, to:

>Robert B. Allen, Esq.
>Pamela C. Deem, Esq.
>Rebecca A. Betts, Esq.
>Kay Casto & Chaney PLLC
>707 Virginia Street, East
>1500 Chase Tower
>Charleston, WV  25301
>Counsel for defendant Gary Southern
>
>William W. Wilkins, Esq.
>Burl F. Williams, Esq.
>Nexsen Pruet, LLC
>55 East Camperdown Way
>Suite 400
>Greenville, SC  29601
>Counsel for defendant Gary Southern
>
>Mark C. Moore, Esq.
>Nexsen Pruet, LLC
>1230 Main Street, 7th Floor
>Columbia, SC  29201
>Counsel for defendant Gary Southern

>>s/Philip H. Wright
>>PHILIP H. WRIGHT
>>Assistant United States Attorney
>>WV State Bar No. 7106
>>300 Virginia Street East
>>Room 4000
>>Charleston, WV  25301
>>Telephone:  304-345-2200
>>Fax:  304-347-5104
>>Email: philip.wright@usdoj.gov